United States District Court
Southern District of Indiana
Terre Haute Divison

Kenneth Rackemann
    Plaintiff
  V.

No: 2:18-CV-00232-JRS-DLP

Regenia Robinson, ET AL,
    Defendants,



FILED
12:48 pm, Jun 17, 2019
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

"Motion to Compel"

Pursuant to federal Rule 37 of Civil Rules of procedure, plaintiff Kenneth Rackemann pro se, hereby requests this Honorable Court to Compel a Ruleing on plaintiff's request for a medical Injuction.

1.) On march 1st febuary 27th, 28th I Kenneth Rackemann started to urine blood with pulling and Tugging pain on lower left side from febuary 27, 2019 to April 15, 2019 I Kenneth Rackemann did not recive any help On April 15th, I pro, se was Transferal.

2.) On May 5th, 2019 I Kenneth Rackemann produced Yet another urine sample of large Amounts of blood in a urine cup by nurse West at W.C.U I've been here at this facility for seven weeks mulitipul HCR's have been put in Its may. 27th, 19 Yet have I seen a Doctor.

3.) On may. 25th, 2019 two nurses that work for wexford mrs. Chris And mrs. Downey Stated the Reason I'm not being Seen By a Doctor or Dentist is due to the

Altercation at W.V.C.F with plaintiff and Defendant where plaintiff urined in a cup for defendant Blood and Defendant stated if you wouldnt of filed a lawsuit against me and my co-workers maybe plaintiff would recive help no help is being provided but plaintiff still produces there is something wrong.

Also plaintiff is suffering from a bad Aligic reaction which has caused sharp pains, swollen glans gums Tonsals and other issues due to retaliation plaintiff was denied treatment after a substance called Apoxie was placed on tooth, multipul HCR, informals staff-emails where issued to the Wexford providers on April 1st 19 plaintiff was suffering so bad from swollen glans, sharp pains, gums and Tonsals swollen he notified Sargant paine the nurses told Mr. Pine he will no longer be treated at this facility after Sargant pine notified plaintiff of this it played into his mental state of mind due to being in pain on 1st issue and now this without help plaintiff took 20 plus pills and was rushed to Terre Haute Hospitial where he was treated for a bad Alirgic reaction swollen glans gums mouth and neck and was returned back now Transferd from W.V.C.F to W.C.U plaintiff is still suffering from this and has yet to be seen by a Dentist HCRs informals personal letters all have been issued due to Altercation im being retaliated against at this time plaintiff is doing all a Inmate can do while suffering trying anything to get help.

Plaintiff asks the Judge to Rule on Injunction in good faith of MRI of lower left side and also treatment of bad Alirigic Reaction.  Respectfully Pro-se Kenneth Rackemann