UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| KENNETH RACKEMANN, | ) | Case No. 2:18-cv-00232-JRS-DLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| REGINA ROBINSON, | ) | |
| DR. SAMUEL J. BYRD, | ) | |
| KIM HOBSON, | ) | |
| DR. BHARAT DAVE, | ) | |
| MARY CHAVEZ, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**REPLY IN OPPOSITION TO PLAINTIFF'S RESPONSE TO MOTION
FOR SUMMARY JUDGMENT FILED BY DEFENDANTS DR. SAMUEL
BYRD, MARY ANN CHAVEZ, D.O., AND KIMBERLY HOBSON**

Defendant Bharat Dave, M.D. ("Dr. Dave"), by and through counsel, files this reply in response and in opposition to Plaintiff Kenneth Rackemann's response [Filing No.: 98] to the motion for summary judgment filed by Defendants Dr. Samuel Byrd, Mary Ann Chavez, D.O., and Kimberly Hobson [Filing No. 89], and states as follows in support thereof:

1. On July 8, 2019, Defendants Dr. Samuel Byrd ("Dr. Byrd"), Mary Ann Chavez, D.O. ("Dr. Chavez"), and Kimberly Hobson ("Ms. Hobson") filed a motion for summary judgment as to all of Plaintiff's claims. [Filing No. 89].

2. On August 26, 2019, Plaintiff Kenneth Rackemann ("Rackemann") filed a response to the motion [Filing No. 98]. In said response, Rackemann, among other things:

   a. references the "Provider Consultation Report" which was allegedly completed by Dr. Dave indicating that the kidney stone and stent was removed from

1

Rackemann was relied on by the "staff" at Wabash Valley Correctional Facility [Filing No. 98 at 8]; and,

    b. requests in the conclusion of his brief that this Court enter judgment in favor of him against all of the Defendants—not just the movants Dr. Byrd, Dr. Chavez, and Ms. Hobson [Filing No. at 98 at 12].

3. First, while Rackemann requests judgment be entered in his favor and against Dr. Dave, he did not and has not moved for summary judgment against Dr. Dave. Dr. Dave moved for summary judgment against Rackemann on November 7, 2018. [Filing No. 40]. Rackemann responded to the motion but did not cross-move. [Filing No. 59]. Additionally, Rackemann has never filed a separate motion seeking summary judgment against Dr. Dave.[1]

4. Nonetheless, for the reasons stated in Dr. Dave's motion for summary judgment and his reply brief filed in support of the motion for summary judgment, Dr. Dave is entitled to judgment as a matter of law and Plaintiff's amended complaint should be dismissed because Dr. Dave was neither a state actor at the time he treated Rackemann nor deliberately indifferent to his medical needs. [Filing No. 40; Filing No. 61].

5. Second, as designated in Dr. Dave's earlier motion for summary judgment proceedings and to make it clear for this Court, Dr. Dave never wrote that the stent was removed from Rackemann. [Filing No. 61]. The "Provider Consultation Report" referenced by Rackemann is not a report that was completed or signed by Dr. Dave.

---

[1] Rackemann also did not cross-move or seek to file a motion for summary judgment against any Defendant, including Dr. Dave, in response to the instant motion (i.e. Dr. Byrd, Dr. Chavez, and Ms. Hobson's motion for summary judgment). Additionally, any cross-motion would be belated. The dispositive motion deadline was June 6, 2019. [Filing No. 39].

[*Filing No. 61-1 at 1, Para. 2-3*]. Rackemann designated no credible evidence otherwise. [*Filing No. 61 at 2-3*].

6. In fact, at one point, Dr. Dave purposefully left the stent in Rackemann's left kidney to facilitate the kidney stone fragments broken up by the ESWL procedure to be naturally discharged through his kidney and bladder. [*Filing No. 40-2 at 3*, Para. 11].

Wherefore, Dr. Dave, respectfully requests this Court take nothing away from Rackemann's response to Dr. Byrd, Dr. Chavez, and Ms. Hobson's motion for summary judgment as to Dr. Dave and grant him summary judgment.

Respectfully submitted,

*/s/ Alex M. Beeman*
Ronald A. Mingus (31144-49)
Alex Beeman (31222-49)
REMINGER CO., L.P.A.
College Park Plaza
8909 Purdue Road
Suite 200
Indianapolis, IN 46268
rmingus@reminger.com;
abeeman@reminger.com
***Counsel for Defendant, Bharat Dave, M.D.***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed and served electronically on this the  8th  day of June, 2019 to the following:

Jeb A. Crandall
Christopher Andrew Farrington
Nathan Aaron Pagryzinski
BLEEKE DILLON CRANDALL, P.C.
8470 Allison Pointe Boulevard
Suite 420
Indianapolis, IN 46250-4365
*Counsel for Defendants, Regina Robinson,*
*Dr. Samuel J. Byrd, Mary Chavez, D.O.,*
*and Kimberly Hobson*

Douglass R. Bitner
KATZ KORIN CUNNINGHAM, P.C.
The Emelie Building
334 North Senate Avenue
Indianapolis, IN 46204
*Counsel for Defendants, Regina Robinson,*
*Dr. Samuel J. Byrd, Mary Chavez, D.O.,*
*and Kimberly Hobson*

I also hereby certify that the foregoing document will be mailed, by regular U.S. Postal Service, first-class mail, postage prepaid and properly addressed on the  9th  day of June, 2019 to the following:

Kenneth Rackemann
#132668
Wabash Valley Correctional Facility
Inmate Mail/Parcels
6908 South Old US Highway 41
Carlisle, IN 47838
*Pro Se*

                                     */s/ Alex M. Beeman*
                                     Ronald A. Mingus (31144-49)
                                     Alex Beeman (31222-49)
                                     REMINGER CO., L.P.A.