United States District Court
Southern District of Indiana
TERRE HAUTE Division

Kenneth Rackemann
    plaintiff
  V.                No. 2:18-CV-00232-JRS-DLP
Samuel J. Byrd
Mary Chavez
Dr. Bharat Dave
Kim Hobson
Regina Robinson

Notifing Defendants and Judge the reason of Delay in the response of Defendants summary Judgement by plaintiff

1.) On July, 17, 19 plaintiff had a medical proceedure involving A Surgury of A Kidney stone removel.

2.) Plaintiff was placed on Bed rest and medication

3.) Plaintiff then filed a motion to Continueance for Reason of health related problems.

4.) Plaintiff never recived A response of Continueance from Courts.

5.) On August, 5, 2019 plaintiff handed the response to Defendants Summury Judgement to Counsoler mrs.

white during Law work pick up with a request encluded saying please E-file to Southern District.

6.) On 8-27-19 plaintiff recived notification saying response was recived by courts.

7.) Westville did not E-file documents till the 26th of august giving it a three week E-file delay.

8.) On august 29th 2019 plaintiff filed a informal greivance on the Westville Efile system the Law Library and mrs white for delays.

    Wherefore the plaintiff wishs the courts see's the delays in the plaintiffs favor.

    Respectfully Submitted
    8-31-2019
    Kenneth Rackemann
    #132668 A1-103
    Westville Corr. Fac
    5501 S. 1100 W.
    Westville, IN, 46391